■ FILIPPO PINO et al., Respondents, v KURT HARNISCHFEGER, Also Known as KURT H. HARNISCHFEGER, Individually and Doing Business as JACOBSON DEVELOPMENT, Also Known as JACOBSEN DEVELOPMENT, Defendant, and DDS ENGINEERS, LLP, Appellant. (Appeal No. 2.) [838 NYS2d 798]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered July 12, 2006. The order, among other things, granted that part of plaintiffs' motion to vacate and cancel the mechanic's lien filed by defendant DDS Engineers, LLP and directed the County Clerk to vacate and cancel that lien.

■ FILIPPO PINO et al., Respondents, v KURT HARNISCHFEGER, Also Known as KURT H. HARNISCHFEGER, Individually and Doing Business as JACOBSON DEVELOPMENT, Also Known as JACOBSEN DEVELOPMENT, Defendant, and DDS ENGINEERS, LLP, Appellant. (Appeal No. 4.) [838 NYS2d 795]—Appeal from a decision (denominated decision and order) of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 2, 2006. The decision, among other things, stated that plaintiffs and defendant DDS Engineers, LLP were to settle the order in accordance with the decision.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Pino v Harnischfeger* (42 AD3d 980 [2007]). Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.